Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah A. Mead, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.869-0192
Fax: 702.922.3831

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
eMail: pbyrne@swlaw.com
**Snell & Wilmer L.L.P.**
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 702.784.5252

*Attorneys for Defendant*
ALON LAS VEGAS RESORT, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YWS ARCHITECTS, LLC DBA YWS DESIGN & ARCHITECTURE, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company; ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-01417-RFB-VCF<br><br>**ERRATA TO STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

1

Plaintiff YWS Architects, LLC dba YWS Design & Architecture ("Plaintiff" or "YWS"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Defendant Alon Las Vegas Resort, LLC (improperly named herein twice as both Alon Las Vegas Resort, LLC and Alon Las Vegas Landco, LLC) ("Defendant" or "Alon"), by and through its counsel, Mead Law Group and Snell & Wilmer LLP, submit their errata to their stipulation to extend the time for Alon to respond to YWS' Complaint. The Parties inadvertently requested approval for an extension of one (1) week, instead of two (2). The Parties agree to extend the time for Alon to respond to YWS' Complaint from June 27, 2017 to July 11, 2017. The initial stipulation, which is the Parties' first request for an extension, is attached hereto as Exhibit 1.

Dated: June 27, 2017

GREENBERG TRAURIG, LLP

By: /s/ Lisa J. Zastrow
Mark G. Tratos, Esq.
Nevada Bar No. 1086
Lisa J. Zastrow, Esq.
Nevad Bar No. 9727
Shauna L. Norton, Esq.
Nevada Bar No. 11320
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Plaintiff YWS Architects, LLC dba YWS Design & Architecture*

Dated: June 27, 2017

MEAD LAW GROUP

By: /s/ Sarah A. Mead
Leon F. Mead II, Esq.
Nevada Bar No 5719
Sarah A. Mead, Esq.
Nevada Bar No. 13725
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Nevada Bar No. 7376
Snell & Wilmer L.L.P.

*Attorneys for Defendant Alon Las Vegas Resort, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAIGSTRATE JUDGE

DATED: June 27, 2017