Mark G. Tratos, Esq. (NV Bar No. 1086)
Donald L. Prunty, Esq. (NV Bar No. 8230)
Shauna L. Norton, Esq. (NV Bar No. 11320)
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com;
pruntyd@gtlaw.com; nortons@gtlaw.com

Robert D. Rourke, Esq. (NV Bar No. 5757)
Rourke Law Firm
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-515-7440
Facsimile: 702-515-7441
rourkelaw@embarqmail.com

*Counsel for Plaintiff/Counterdefendant
YWS Architects, LLC and
Counterdefendant Tom Wucherer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company, and TISHMAR, LLC, a Nevada limited liability company;<br><br>Defendants.<br><br>ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company,<br>Counter-claimants,<br>v. | Case No.: 2:17-cv-01417-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION** |

Page 1 of 4

LV 421011489v1

| | |
|---|---|
| 1 | YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counter-defendants. |

6  Plaintiff/Counterdefendant YWS Architects, LLC ("YWS"), and Defendant Alon Las Vegas Resort, LLC ("Alon"), by and through their respective counsel of record, for good cause shown, hereby stipulate and agree as follows:

9  1. The parties hereby stipulate and agree that defendants Alon Las Vegas Resort, LLC and Alon Las Vegas Landco, LLC are not separate and distinct entities; rather they are the same entity that has undergone several name changes from Elan Las Vegas Landco, LLC to Alon Las Vegas Landco, LLC to Alon Las Vegas Resort, LLC.

13  2. The parties further stipulate and agree that all references to Alon Las Vegas Resort, LLC shall mean Alon Las Vegas Resort, LLC, formerly known as, Alon Las Vegas Landco, LLC, even where not specifically stated, and the parties hereby stipulate that the corrected caption, as noted above, become effective immediately upon the Court approving this Stipulation and [Proposed] Order to Amend Caption.

18  3. The parties further stipulate and agree that all written discovery requests previously propounded by YWS on Alon Las Vegas Landco, LLC will be withdrawn as duplicative of other requests.

21  ...
22  ...
23  ...
24  ...
25  ...
26  ...
27  ...
28  ...

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

4. The parties further stipulate and agree that all discovery requests propounded on Alon Las Vegas Resort, LLC and Alon's response thereto will include the timeframe in which Alon Las Vegas Resort, LLC was known as Alon Las Vegas Landco, LLC.

DATED this 9th day of November, 2017.

GREENBERG TRAURIG, LLP

  /s/ Mark G. Tratos
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

ROBERT D. ROURKE, ESQ.
(NV Bar No. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Counsel for YWS Architects, LLP and Tom Wucherer*

DATED this 9th day of November, 2017.

MEAD LAW GROUP

  /s/ Sarah A. Mead
Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Counsel for Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC*

**IT IS SO ORDERED** that the caption in this matter shall be corrected as noted above.

UNITED STATES MAGISTRATE JUDGE
DATED: 11-9-2017

Page 3 of 4
LV 421011489v1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of November, 2017, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

Peter C. Bernhard, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
pbernhard@kcnvlaw.com

*/s/ Cynthia L. Ney* .
An Employee of Greenberg Traurig, LLP