| | |
|---|---|
| 1 | MARK G. TRATOS, ESQ. (NV Bar No. 1086) |
| | tratosm@gtlaw.com |
| 2 | DONALD L. PRUNTY, ESQ. (NV Bar No. 8230) |
| | pruntyd@gtlaw.com |
| 3 | SHAUNA L. NORTON, ESQ. (NV Bar No. 11320) |
| | nortons@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
| 5 | 3773 Howard Hughes Parkway, Suite 400N |
| | Las Vegas, Nevada 89169 |
| 6 | Telephone: (702) 792-3773 |
| | Facsimile: (702) 792-9002 |
| 7 | |
| 8 | ROBERT D. ROURKE, ESQ. (NV BAR No. 5757) |
| | rourkelaw@embarqmail.com |
| 9 | ROURKE LAW FIRM |
| | 10161 Park Run Drive, Suite 150 |
| 10 | Las Vegas, Nevada 89145 |
| | Telephone: 702-515-7440 |
| 11 | Facsimile: 702-515-7441 |

*Counsel for Plaintiff/Counterdefendant YWS Architects, LLC and Counterdefendant Tom Wucherer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALON LAS VEGAS RESORT, LLC, ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company; and TISHMAR, LLC, a Nevada limited liability company;<br><br>Defendants.<br>_____<br>ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company, | Case No.: 2:17-cv-01417-RFB-VCF<br><br>**EX PARTE REQUEST FOR WITHDRAWAL OF LISA J. ZASTROW AS COUNSEL FOR PLAINTIFF** |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

| | |
|---|---|
| 1 | Counter-claimants, |
| 2 | v. |
| 3-6 | YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, |
| 7 | Counter-defendants. |

Plaintiff/Counterdefendant YWS Architects, LLC ("YWS"), by and through its counsel, Greenberg Traurig, LLP, hereby requests that this Court withdraw Lisa J. Zastrow as attorney of record in this matter, as Ms. Zastrow is no longer with the firm of Greenberg Traurig, LLP. Attorneys from Greenberg Traurig, LLP, including Mark G. Tratos, will continue to serve as counsel for Plaintiff. The Clerk's office is requested to make such changes to the docket and to the electronic notification system as necessary to reflect the withdrawal of Ms. Zastrow as counsel of record for Plaintiff.

Respectfully submitted this 9th day of November, 2017.

GREENBERG TRAURIG, LLP

*/s/ Shauna Norton*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

ROBERT D. ROURKE, ESQ
NEVADA BAR NO. 5757
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Counsel for YWS Architects, LLP and Tom Wucherer*

*LV 421013797v1*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE
DATED: 11-13-2017