Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah A. Mead, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.869-0192
Fax: 702.922.3831

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
eMail: pbyrne@swlaw.com
Michael Paretti, Esq.
Nevada Bar No. 13926
eMail: mparetti@swlaw.com
**Snell & Wilmer L.L.P.**
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 702.784.5252

*Attorneys for Defendant and Counter-claimants*
ALON LAS VEGAS RESORT, LLC and
ALON LEISURE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Las Vegas Landco, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-01417-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO EXPUNGE YWS' MECHANICS' LIEN**<br>**(Second Request)** |

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

1

| | |
|---|---|
| Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Leisure Management, LLC, a Delaware limited liability company, | |
| Counter-claimants, | |
| vs. | |
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company; Tom Wucherer, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, | |
| Counter-defendants. | |

Plaintiff YWS Architects, LLC dba YWS Design & Architecture ("Plaintiff" or "YWS"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC (collectively "Alon Group"), by and through their counsel, Mead Law Group and Snell & Wilmer LLP, for good cause shown, hereby stipulate and agree to extend the time for Alon Group file their Reply in Support of Motion to Expunge YWS' Mechanics' Lien by one day, from November 9, 2017 to November 10, 2017, by 5:00 p.m. YWS filed its Opposition to Alon's Motion to Expunge YWS' Mechanics' Lien on October 26, 2017 and the Court has set no hearing on this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

2

This is the second stipulation for an extension of time for Alon Group to file a Reply in Support of Motion to Expunge Mechanics' Lien and is for a very short extension.

| | |
|---|---|
| Dated: November 9, 2017 | Dated: November 9, 2017 |
| GREENBERG TRAURIG, LLP | MEAD LAW GROUP |
| By: /s/ Shauna L. Norton_____ | By: ___/s/ Sarah A. Mead_____ |
| Mark G. Tratos, Esq.<br>Nevada Bar No. 1086<br>Shauna L. Norton, Esq.<br>Nevada Bar No. 11320)\<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169 | Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>Sarah A. Mead, Esq.<br>Nevada Bar No. 13725<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff YWS Architects, LLC dba YWS Design & Architecture* | Patrick G. Byrne, Esq.<br>Nevada Bar No. 7376<br>Michael Paretti, Esq.<br>Nevada Bar No. 13725<br>Snell & Wilmer L.L.P.<br><br>*Attorneys for Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831