1  MARK G. TRATOS, ESQ.
   Nevada Bar No. 1086
2  DONALD L. PRUNTY, ESQ.
   Nevada Bar No. 8230
3  SHAUNA L. NORTON, ESQ.
   Nevada Bar No. 11320
4  GREENBERG TRAURIG, LLP
5  3773 Howard Hughes Pkwy.
   Suite 400N
6  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
7  Facsimile: (702) 792-9002
   Email: tratosm@gtlaw.com;
8         pruntyd@gtlaw.com;
9         nortons@gtlaw.com

10 ROBERT D. ROURKE, ESQ.
   NEVADA BAR NO. 5757
11 ROURKE LAW FIRM
   10161 Park Run Drive, Suite 150
12 Las Vegas, Nevada 89145
13 Telephone: 702-515-7440
   Facsimile:  702-515-7441
14 rourkelaw@embarqmail.com

15 *Counsel for Plaintiff/Counterdefendant
   YWS Architects, LLC and
16 Counterdefendant Tom Wucherer*



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company, and TISHMAR, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:17-cv-01417-RFB-VCF<br><br>~~STIPULATION~~ AND [PROPOSED] ORDER TO RESET HEARING DATE<br><br>ORDER |

|   |
|---|
| ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company,<br>          Counter-claimants,<br>v.<br><br>YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,<br><br>          Counter-defendants. |

Plaintiff/Counterdefendant YWS Architects, LLC ("YWS" or "Plaintiff"), Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC ("Alon") and Tishmar, LLC ("Tishmar") (collectively the "Parties"), by and through their respective counsel of record, for good cause shown, hereby stipulate and agree as follows:

1. On October 12, 2017, Defendant Alon filed its Motion to Expunge YWS Architects, LLC's Mechanic's Lien ("Alon's Motion") (ECF 31). This Motion has been fully briefed.

2. On October 26, 2017, Defendant Tishmar filed its Joinder to Alon's Motion (ECF 35) and its Motion to Expunge YWS Architects, LLC's Mechanic's Lien ("Tishmar's Motion") (ECF 32).

3. On November 16, 2017, this Court issued an order setting an evidentiary hearing on Alon's Motion and Tishmar's Motion for December 5, 2017 at 1:00 p.m. (ECF 52). This Court further ordered that the parties must file a joint prehearing statement on or before November 28, 2017. *Id.*

4. Due to counsels' schedule, the Parties hereby stipulate, agree and propose that the hearing be moved to one of the following dates: January 8, 9, 10, 11 or 12, 2018.

...

...

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

5. The Parties further stipulate, agree and propose that the joint prehearing statement shall be due one week prior to the date of the rescheduled hearing.

DATED this 27th day of November, 2017.

GREENBERG TRAURIG, LLP

/s/ Mark G. Tratos
MARK G. TRATOS, ESQ.
DONALD L. PRUNTY, ESQ.
SHAUNA L. NORTON, ESQ.
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

ROBERT D. ROURKE, ESQ.
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Counsel for YWS Architects, LLP and Tom Wucherer*

DATED this 27th day of November, 2017.

MEAD LAW GROUP

/s/Sarah A. Mead
Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Counsel for Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC*

DATED this 27th day of November, 2017.

KAEMPFER CROWELL

/s/ Peter C. Bernhard
PETER C. BERNHARD, ESQ.
1930 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Counsel for Defendant Tishmar, LLC*

**IT IS SO ORDERED** that the hearing on Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Expunge YWS Architects, LLC's Mechanic's Lien (ECF 31), Tishmar, LLC's Joinder in Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Expunge YWS Architects, LLC's Mechanic's Lien (ECF 35), and Tishmar, LLC's Motion to Expunge YWS Architects, LLC's Mechanic's Lien (ECF 32) shall be set for __January 12__, 2018. at 10:00 a.m. Courtroom 3D.

IT IS FURTHER ORDERED that the parties must file a joint prehearing statement on or before __January 7__, 2018.

_____
UNITED STATES DISTRICT JUDGE
DATED: 11-27-17

LV 421021581v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of November, 2017, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

Peter C. Bernhard, Esq.
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
pbernhard@kcnvlaw.com

/s/ *Cynthia L. Ney*
An Employee of Greenberg Traurig, LLP

LV 421021581v1