# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| YWS ARCHITECTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ALON LAS VEGAS RESORT, LLC, *et al.*, <br><br> Defendants. | 2:17-cv-01417-RFB-VCF <br> **ORDER** |

Upon review of this file in preparation for Friday's hearing,

IT IS HEREBY ORDERED that counsel presenting argument in this case on Friday, January 12, 2018, be prepared to discuss what impact, if any, the holding in *Coury v. Tran*, 895 P.2d 650, 111 Nev. 652 (1995), applying NRS § 14.017 to the facts of that case, has on the issues raised by defendants' requests that the mechanic's lien at issue here be expunged.

DATED this 10th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE