KAEMPFER CROWELL
PETER C. BERNHARD, ESQ.
Nevada Bar No. 734
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
pbernhard@kcnvlaw.com
*Counsel for Defendant Tishmar, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Las Vegas Landco, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>　　　　　Defendants. | CASE NO.:　2:17-CV-01417-RFB-VCF<br><br>**REPORT AND RECOMMENDATION TO EXPUNGE WESTERN ALLIANCE BANK'S UCC FINANCING STATEMENT**<br><br>**(ONLY AS TO CLARK COUNTY ASSESSOR PARCEL NUMBER 162-09-403-004)** |
| Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Leisure Management, LLC, a Delaware limited liability company,<br><br>　　　　　Counter-Claimants,<br>vs.<br><br>YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company; Tom Wucherer, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,<br><br>　　　　　Counter-Defendants. | |

This matter came before the Court for an evidentiary hearing on January 12, 2018. With respect only to former defendant Tishmar, LLC, on January 5, 2018, Plaintiff filed a Notice of Voluntary Dismissal of Tishmar, LLC (ECF 55), and on January 8, 2018, this Court entered the docket text "Party Tishmar, LLC terminated pursuant to [55] Notice of Voluntary Dismissal. (JM)". The dismissal and termination of Tishmar, LLC, renders moot Tishmar, LLC's Joinder in Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Expunge YWS Architects, LLC's Mechanic's Lien (ECF 35) and Tishmar, LLC's Motion to Expunge YWS Architects, LLC's Mechanic's Lien (ECF 32).

On January 11, 2018, Plaintiff YWS Architects, LLC, recorded (i) a Release of Notice of Lien and (ii) a Release and Withdrawal of Lis Pendens, in the Office of the Recorder for Clark County, Nevada, as Inst. Nos. 20180111-0001324 and 20180111-0002343, respectively, releasing Plaintiff's claim of encumbrances against Tishmar's real property.

Plaintiff also granted Western Alliance Bank a security interest in the proceeds of any recovery in this case against Defendants, including Tishmar, as to which Western Alliance Bank recorded a UCC Financing Statement on October 4, 2017, in Book No. 20171004 as Instrument No. 01487 of the Official Records of Clark County, Nevada. In open court on January 12, 2018, the parties agreed that the encumbrance evidenced by the Western Alliance Bank UCC Financing Statement should also be expunged as to Tishmar and its property, since Tishmar has been dismissed from this case. The parties also agreed in open court on January 12, 2018, that they had no objection to (i) the entry of a Report and Recommendation, (ii) the submission of said Report and Recommendation to the District Judge, waiving any rights to object thereto, and (iii) the entry of an Order by the District Judge approving the Report and Recommendation and ordering that any encumbrance evidenced by the Western Alliance Bank UCC Financing Statement be expunged, only as to Tishmar's real property, identified as Assessor's Parcel No.

1  162-09-403-004 and more particularly described in Exhibit "A" hereto, in the records of the

2  Clark County Assessor.

3        Based on the foregoing events and the representations and agreements of the parties, the

4  undersigned **RECOMMENDS** that an Order be entered by the District Court (i) approving this

5  Report and Recommendation and (ii) ordering that the encumbrance evidenced by the Western

6  Alliance Bank UCC Financing Statement is expunged, only as to Tishmar's real property,

7  identified Assessor's Parcel No. 162-09-403-004, more particularly described in Exhibit "A"

8  hereto, in the records of the Clark County Assessor.

9        DATED: January 12, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Prepared and submitted by:

KAEMPFER CROWELL

By: _____
Peter C. Bernhard, Esq. (NV Bar #734)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
Email: pbernhard@kcnvlaw.com

*Counsel for Tishmar, LLC*

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2090719_1.docx 15800.11

Page 3 of 3

## Exhibit A

### Legal Description of Property

A PORTION OF THE SOUTHWEST QUARTER (SW1/4) OF SECTION 9, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY NEVADA, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SECTION 9; THENCE SOUTH 89°24'18" WEST ALONG THE SOUTH LINE OF SECTION 8, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., 234.41 FEET; THENCE NORTH 27°59'19" EAST ALONG A LINE PARALELL WITH AND 40 FEET SOUTHEASTERLY FROM THE CENTERLINE OF INDUSTRIAL ROAD, 539.78 FEET TO THE POINT OF BEGINNING;

THENCE CONTINUING NORTH 27°59'19" EAST ALONG SAID LINE, 181.73 FEET;

THENCE SOUTH 88°42'24" EAST ALONG A LINE BEING PARALELL WITH AND 20.00 FEET SOUTH FROM THE NORTH LINE OF THE SOUTH HALF (S1/2) OF THE SOUTH HALF (S1/2) OF THE SOUTHWEST QUARTER (SW1/4) OF SAID

SECTION 9, A DISTANCE OF 2,179.11 FEET TO THE POINT ON THE NORTHWESTERLY RIGHT-OF-WAY LINE OF U.S. HIGHWAY NO. 91;

THENCE SOUTH 28°00'00" WEST ALONG SAID RIGHT-OF-WAY LINE, 638.15 FEET;

THENCE DEPARTING SAID RIGHT-OF-WAY LINE, NORTH 62°00'00" WEST 299.99 FEET;

THENCE SOUTH 87°22'49" WEST, 1,026.76 FEET;

THENCE NORTH 61°59'48" WEST, 763.01 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THOSE PORTIONS OF SAID LAND CONVEYED TO THE COUNTY OF CLARK FOR STARDUST ROAD IN DEED RECORDED JULY 23, 1993 IN BOOK 930723 AS DOCUMENT NO. 01320 OF OFFICIAL RECORDS.

FURTHER EXCEPTING THEREFROM THAT PORTION OF SAID LAND AT THE CORNER OF STARDUST ROAD AND INDUSTRIAL ROAD CONVEYED TO THE COUNTY OF CLARK IN DEED RECORDED JANUARY 27, 1994 IN BOOK 940127 AS DOCUMENT NO. 00427 OF OFFICIAL RECORDS.

LV 421042184v2