MARK G. TRATOS, ESQ. (NV Bar No. 1086)
DONALD L. PRUNTY, ESQ. (NV Bar No. 8230)
SHAUNA L. NORTON, ESQ. (NV Bar No. 11320)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com;
pruntyd@gtlaw.com; nortons@gtlaw.com

ROBERT D. ROURKE, ESQ. (NV BAR NO. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-515-7440
Facsimile: 702-515-7441
rourkelaw@embarqmail.com

*Counsel for Plaintiff/Counterdefendant*
*YWS Architects, LLC and*
*Counterdefendant Tom Wucherer*

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,

Plaintiff,

v.

ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company, and TISHMAR, LLC, a Nevada limited liability company;

Defendants.

---

ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company,

Counter-claimants,

v.

Case No.: 2:17-cv-01417-RFB-VCF

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DATES AND DEADLINES**

**[FIRST REQUEST]**

YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,

Counter-defendants.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Plaintiff/Counterdefendant YWS Architects, LLC and Tom Wucherer ("YWS"), and Defendant/Counterclaimants Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC and Alon Leisure Management, LLC ("Alon") (collectively "the Parties"), by and through their respective counsel of record, for good cause shown, pursuant to Local Rules 26-4 and 6-1, hereby submit the following Stipulation.

## I. DISCOVERY COMPLETED TO DATE:

As required by FRCP 26 and Local Rule 26-1(d), counsel for the Parties held a telephone conference on August 4, 2017 to discuss initial discovery disclosures and to develop a discovery plan. Initial and supplemental disclosures were subsequently served as required by FRCP 26(a)(1).

The Parties filed their proposed discovery plan and scheduling order on August 24, 2017 [ECF No. 27]. The Court issued its Scheduling Order on August 24, 2018, setting the discovery cut-off of April 30, 2018 [ECF No. 28].

The parties have exchanged the following written discovery to date:

1. On September 13, 2017, Alon propounded its First Set of Requests for Production of Documents upon YWS. On October 27, 2017, YWS served its response to this discovery request.

2. On September 15, 2017, YWS propounded its First Set of Requests for Production of Documents upon Alon. On November 6, 2017, Alon served its response to this discovery request.

3. On September 13, 2017, Alon propounded its First Set of Interrogatories upon YWS. On October 27, 2017, YWS served its response to this discovery request.

4. On September 15, 2017, YWS propounded its First Set of Interrogatories upon Alon. On November 6, 2017, Alon served its response to this discovery request.

5. On September 13, 2017, Alon propounded its First Requests for Admissions upon YWS. On October 27, 2017, YWS served its response to this discovery request.

6. On September 15, 2017, YWS propounded its First Requests for Admissions upon Alon. On November 6, 2017, Alon served its response to this discovery request.

7. In October, 2017, YWS issued several subpoenas to the Custodian of Records for various third parties.

8. On January 10, 2018, the deposition of the Person Most Knowledgeable for Penta Building Group was taken by the Parties.

## II. DISCOVERY REMAINING TO BE COMPLETED:

1. The depositions of the principals and person(s) most knowledgeable of YWS and Alon.

2. Additional written discovery between the Parties, as needed, including but not limited to, requests for production of documents, requests for interrogatories and requests for admissions.

3. The Parties anticipate disclosing initial experts pursuant to FRCP 26(a). The Parties additionally may disclose rebuttal experts pursuant to FRCP 26(a)(2).

4. The Parties will conduct expert witness depositions.

5. The Parties agree there will be numerous percipient witness depositions that will need to be taken.

6. Additional discovery of non-parties, as needed.

## II. REASON WHY DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN TIME LIMITS SET BY THE COURT'S DISCOVERY PLAN AND SCHEDULING ORDER:

On August 8, 2017, YWS filed its Motion to Dismiss the Counterclaim against Tom Wucherer [ECF No. 24]. This motion has been fully briefed and is pending before this Court.

On October 12, 2017, Alon filed its Motion to Expunge YWS Architects, LLC's Mechanic's Lien [ECF No. 31]. This motion has been fully briefed. An Evidentiary Hearing was held on January 12, 2018. Following the evidentiary hearing, the Court ordered supplemental briefing on the Motion to Expunge.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Expert witness disclosures are due on March 1, 2018. The Parties agree that the current discovery deadlines do not offer enough time to complete all remaining discovery.

Additionally, the Parties believe the Court's rulings on the Motion to Dismiss and Motion to Expunge Mechanic's Lien will determine what, if any, additional discovery will be necessary.

## III. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:

The parties request a ninety (90) day extension to complete depositions, disclose expert witnesses and potentially supplemental discovery requests. Additionally the parties request that the dispositive motion and related deadlines all be extended. The proposed deadlines are as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery cut-off | April 30, 2018 | July 30, 2018 |
| Amending Pleadings and Adding Parties | January 30, 2018 | May 1, 2018 |
| Deadline to disclose expert witnesses | March 1, 2018 | May 31, 2018 |
| Deadline to disclose rebuttal expert witnesses | April 2, 2018 | July 2, 2018 |
| Deadline to file dispositive motions | May 30, 2018 | August 29, 2018 |
| Deadline to file joint pre-trial order (if no dispositive motions are pending before the Court) | June 29, 2018 | September 28, 2018 |

… If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

…

…

…

…

…

…

…

…

…

…

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

This request for extension of time made in good faith and is not being sought for purposes of delay.

Respectfully submitted:

**IT IS SO STIPULATED.**

DATED this 24th day of January, 2018.

GREENBERG TRAURIG, LLP

*/s/Shauna L. Norton*

MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

ROBERT D. ROURKE, ESQ.
(NV Bar No. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Counsel for YWS Architects, LLP and Tom Wucherer*

DATED this 24th day of January, 2018.

MEAD LAW GROUP

*/s/ Sarah A. Mead*

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Counsel for Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC*

**IT IS SO ORDERED** that the deadlines shall be extended as set forth above..

UNITED STATES MAGISTRATE JUDGE

DATED: 1-24-2018

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of January, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DATES AND DEADLINES** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

*/s/ Cynthia L. Ney* .
An Employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002