MARK G. TRATOS, ESQ. (NV Bar No. 1086)
DONALD L. PRUNTY, ESQ. (NV Bar No. 8230)
SHAUNA L. NORTON, ESQ. (NV Bar No. 11320)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com;
pruntyd@gtlaw.com; nortons@gtlaw.com

ROBERT D. ROURKE, ESQ. (NV Bar No. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-515-7440
Facsimile: 702-515-7441
rourkelaw@embarqmail.com

*Counsel for Plaintiff/Counterdefendant
YWS Architects, LLC and
Counterdefendant Tom Wucherer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company, and TISHMAR, LLC, a Nevada limited liability company;<br><br>Defendants.<br><hr>ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company,<br>Counter-claimants,<br>v. | Case No.: 2:17-cv-01417-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE AND BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

| | |
|---|---|
| 1 | YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counter-defendants. |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

7  IT IS HEREBY STIPULATED by and between the parties, Plaintiff/Counterdefendant YWS Architects, LLC and Tom Wucherer ("YWS"), and Defendant/Counterclaimants Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC and Alon Leisure Management, LLC ("Alon") (collectively "the Parties"), by and through their respective counsel of record, that the hearing to discuss the Notice of Recorded Surety Bond set by this Court for January 25, 2018 [ECF No. 70] is hereby continued to one of the following dates: the afternoon of January 30, 2018 or February 2, 2018.

14  IT IS FURTHER STIPULATED that the Parties shall have the option to appear for the hearing to discuss the Notice of Recorded Surety Bond by telephone as outlined in the Court's minute order [ECF No. 70].

17  IT IS FURTHER STIPULATED that the briefing schedule for the Motion for Leave to File Supplemental Brief ("Motion") set by the Court [ECF No. 67] is hereby extended as follows: YWS'

19  ...
20  ...
21  ...
22  ...
23  ...
24  ...
25  ...
26  ...
27
28

LV 421052209v1

response to Alon's Motion shall be due seven (7) days after the completion of the hearing to discuss the Notice of Recorded Surety Bond. Alon's reply to the Motion shall be due ten (10) days thereafter.

Respectfully submitted:

**IT IS SO STIPULATED.**

DATED this 24th day of January, 2018.

GREENBERG TRAURIG, LLP

*/s/Shauna L. Norton*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

ROBERT D. ROURKE, ESQ.
(NV Bar No. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Counsel for YWS Architects, LLP and Tom Wucherer*

DATED this 24th day of January, 2018.

MEAD LAW GROUP

*/s/Sarah A. Mead*
Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Counsel for Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC*

**IT IS HEREBY ORDERED** that the hearing to discuss the Notice of Recorded Surety Bond shall take place in Courtroom 3D before the Honorable Magistrate Cam Ferenbach on January 30 , 2018 at 3:00 PM **IT IS FURTHER ORDERED** that the briefing schedule for the Motion to File Supplemental Briefing is set as described above.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-24-2018

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of January, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE AND BRIEFING SCHEDULE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

/s/ Cynthia L. Ney
An Employee of Greenberg Traurig, LLP

LV 421052209v1