UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YWS ARCHITECTS, LLC., *doing business as* YWS Design & Architecture<br><br>Plaintiff,<br><br>v.<br><br>ALON LAS VEGAS RESORT, LLC., *formerly known as* Alon Las Vegas Landco, LLC<br><br>Defendant. | Case No. 2:17-cv-01417-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 66] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 12, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due

by January 30, 2018.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 66] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that the encumbrance evidenced by the Western Alliance Bank UCC Financing Statement be expunged, only as to Tishmar's real property, identified Assessor 's Parcel No. 162-09-403-004, more particularly described in Exhibit "A" hereto, in the records of the Clark County Assessor.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: February 1, 2018.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**