MARK G. TRATOS, ESQ. (NV Bar No. 1086)
DONALD L. PRUNTY, ESQ. (NV Bar No. 8230)
SHAUNA L. NORTON, ESQ. (NV Bar No. 11320)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com;
pruntyd@gtlaw.com; nortons@gtlaw.com

ROBERT D. ROURKE, ESQ. (NV BAR NO. 5757)
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-515-7440
Facsimile: 702-515-7441
rourkelaw@embarqmail.com

*Counsel for Plaintiff/Counterdefendant
YWS Architects, LLC and
Counterdefendant Tom Wucherer*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company, <br><br>    Plaintiff, <br>v. <br><br>ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company, and TISHMAR, LLC, a Nevada limited liability company; <br><br>    Defendants. | Case No.: 2:17-cv-01417-RFB-VCF <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** <br><br>**[FIRST REQUEST]** |
| ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company, <br>    Counter-claimants, <br>v. | |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,

Counter-defendants.

IT IS HEREBY STIPULATED by and between the parties, Plaintiff/Counterdefendant YWS Architects, LLC and Tom Wucherer ("YWS"), and Defendant/Counterclaimants Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC and Alon Leisure Management, LLC ("Alon") (collectively "the Parties"), by and through their respective counsel of record, that the briefing schedule for Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Objection to Magistrate's Report and Recommendation re Motion to Expunge Mechanic's Lien ("Objection") [ECF No. 85] and Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Certify Questions to the Nevada Supreme Court ("Motion") [ECF No. 86] is hereby extended as follows: YWS' responses to both the Objection and the Motion shall be due on March 28, 2018. Alon's reply to the Motion shall be due on April 4, 2018.

Respectfully submitted:

**IT IS SO STIPULATED.**

DATED this 15th day of March, 2018.

GREENBERG TRAURIG, LLP

  /s/Shauna L. Norton
Mark G. Tratos, Esq.
Donald L. Prunty, Esq..
Shauna L. Norton, Esq.
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, NV 89169

Robert D. Rourke
Rourke Law Firm
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Counsel for YWS Architects, LLP and Tom Wucherer*

DATED this 15th day of March, 2018.

MEAD LAW GROUP

  /s/ Sarah A. Mead
Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Counsel for Defendant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC*

LV 421088129v1

# ORDER

**IT IS HEREBY ORDERED** that YWS' responses to Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Objection to Magistrate's Report and Recommendation re Motion to Expunge Mechanic's Lien and Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Certify Questions to the Nevada Supreme Court shall be due on March 28, 2018.

**IT IS FURTHER ORDERED** that Alon's reply to YWS' response to Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC's Motion to Certify Questions to the Nevada Supreme Court shall be due on April 4, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 21, 2018.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of March, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

*/s/ Cynthia L. Ney*  .
An Employee of Greenberg Traurig, LLP

LV 421088129v1