1  MARK G. TRATOS, ESQ.
   NV Bar No. 1086
2  DONALD L. PRUNTY, ESQ.
   NV Bar No. 8230
3  SHAUNA L. NORTON, ESQ.
   NV Bar No. 11320
4  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Pkwy., Suite 400N
5  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
6  Facsimile: (702) 792-9002
7  Email:  tratosm@gtlaw.com;
   pruntyd@gtlaw.com; nortons@gtlaw.com
8
9  ROBERT D. ROURKE, ESQ.
   NV BAR NO. 5757
10 ROURKE LAW FIRM
11 10161 Park Run Drive, Suite 150
   Las Vegas, Nevada  89145
12 Telephone:  702-515-7440
   Facsimile:   702-515-7441
13 rourkelaw@embarqmail.com

14 *Counsel for Plaintiff/Counterdefendant*
   *YWS Architects, LLC and*
15 *Counterdefendant Tom Wucherer*

16              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
17

18 YWS Architects, LLC, d/b/a YWS          Case No.:  2:17-cv-01417-RFB-VCF
   Design & Architecture, a Nevada
19 limited liability company,

20              Plaintiff,                  **STIPULATION AND  ORDER TO**
                                                 **AMEND PLEADINGS**
   v.
21
   ALON LAS VEGAS RESORT, LLC                   **[FIRST REQUEST]**
22 fka ALON LAS VEGAS LANDCO,
   LLC, a Delaware limited liability
23 company, and TISHMAR, LLC, a
   Nevada limited liability company;
24

25              Defendants.

26 _____

27

28

ALON LAS VEGAS RESORT, LLC, a
Delaware limited liability company,
ALON LEISURE MANAGEMENT,
LLC, a Delaware limited liability
company,

          Counter-claimants,

v.

YWS Architects, LLC, d/b/a YWS
Design & Architecture, a Nevada
limited liability company; TOM
WUCHERER, an individual; DOES 1
through 10; ROE CORPORATIONS
11-20,

          Counter-defendants.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff/Counterdefendants YWS Architects, LLC and Tom Wucherer ("YWS"), and Defendant/Counterclaimants Alon Las Vegas Resort, LLC (fka Alon Las Vegas Landco, LLC) and Alon Leisure Management, LLC (collectively "Alon"), by and through their respective counsel of record, hereby stipulate and agree as follows:

    (1) YWS Architects, LLC shall file a First Amended Complaint within five (5) days of the entry of this Stipulation and Order;

...

...

...

...

...

...

...

...

...

...

...

...

LV 421137274v1

1    (2) YWS Architects, LLC shall file a First Amended Answer to Alon's Counterclaim within

2    five (5) days of the entry of this Stipulation and Order.

3    Respectfully submitted:

4    **IT IS SO STIPULATED.**

5    DATED this 1st day of May, 2018.    DATED this 1st day of May, 2018.

6    GREENBERG TRAURIG, LLP    MEAD LAW GROUP

7

8    */s/ Mark G. Tratos*    */s/ Sarah A. Mead*

Mark G. Tratos, Esq.    Leon F. Mead II, Esq.

9    Donald L. Prunty, Esq..    Sarah A. Mead, Esq.

Shauna L. Norton, Esq.    Mead Law Group

10    3773 Howard Hughes Parkway, Suite 400 N    10161 Park Run Drive, Suite 150

Las Vegas, NV 89169    Las Vegas, Nevada 89145

11

12    Robert D. Rourke    Patrick G. Byrne, Esq.

Rourke Law Firm    Snell & Wilmer, LLP

13    10161 Park Run Drive, Suite 150    3883 Howard Hughes Parkway, Suite 1100

Las Vegas, Nevada 89145    Las Vegas, Nevada 89169

14

*Counsel for YWS Architects, LLC and Tom*    *Counsel for Defendant Alon Las Vegas Resort,*

15    *Wucherer*    *LLC fka Alon Las Vegas Landco, LLC, and Alon*

*Leisure Management, LLC*

16

17    **<u>ORDER</u>**

18    **IT IS HEREBY ORDERED** that YWS Architects, LLC file a First Amended Complaint

within five (5) days of the entry of this Stipulation and Order; and

19

20    **IT IS FURTHER ORDERED** that YWS Architects, LLC file a First Amended Answer to

Alon's Counter-claim within five (5) days of the entry of this Stipulation and Order.

21

22

23    _____

UNITED STATES MAGISTRATE JUDGE

24    DATED:   May 1, 2018

25    _____

26

27

28

LV 421137274v1

C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

*/s/ Cynthia L. Ney* .
An Employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421137274v1