Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah A. Mead, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.869-0192
Fax: 702.922.3831

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
eMail: pbyrne@swlaw.com
Michael Paretti, Esq.
Nevada Bar No. 13926
eMail: mparetti@swlaw.com
**Snell & Wilmer L.L.P.**
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 702.784.5252

*Attorneys for Defendant and Counter-claimants*
ALON LAS VEGAS RESORT, LLC and
ALON LEISURE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Las Vegas Landco, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | Case No.: 2:17-CV-01417-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DATES AND DEADLINES**<br><br>**(Second Request)** |

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

1

| | |
|---|---|
| 1 | Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Leisure Management, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | Counter-claimants, |
| 5 | vs. |
| 6 | YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company; Tom Wucherer, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, |
| 7 | |
| 8 | |
| 9 | Counter-defendants. |
| 10 | |

Plaintiff YWS Architects, LLC dba YWS Design & Architecture ("Plaintiff" or "YWS") and Tom Wucherer ("Wucherer"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP and Rourke Law Firm, and Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC (collectively "Alon Group"), by and through their counsel, Mead Law Group and Snell & Wilmer LLP (collectively the "Parties"), for good cause shown, pursuant to Local Rules 26-4 and 6-1, hereby submit the following Stipulation.

## I.  DISCOVERY COMPLETED TO DATE

As required by FRCP 26 and Local Rule 26-1(d), counsel for the Parties held a telephone conference on August 4, 2017 to discuss initial discovery disclosures and to develop a discovery plan. Initial and Supplemental disclosures were subsequently served as required by FRCP 26(a)(1). YWS has produced six supplemental disclosures since that time. Alon has produced three supplemental disclosures since that time.

On January 24, 2018, the Parties submitted their first request to extend the discovery plan and scheduling order dates and deadlines [Doc. 71]. The Court granted this request the same day. [Doc. 73].

The Parties have exchanged the following written discovery to date:

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

2

1. On September 13, 2017, Alon propounded its First Set of Requests for Production of Documents, its First Set of Requests for Admission, and its First Set of Interrogatories upon YWS. On October 27, 2018, YWS served its responses thereto.

2. On September 15, 2017, YWS propounded its First Set of Requests for Production of Documents, its First Set of Requests for Admission, and its First Set of Interrogatories upon Alon. On November 6, 2017, Alon served its responses thereto.

3. After a meet and confer and a letter requesting supplemental responses written by Alon, YWS produced its supplemental responses to Alon's First Set of Admissions and First Set of Interrogatories on March 5, 2018.

4. In October, YWS issued several subpoenas duces tecum to various third parties.

5. On January 10, 2018, the deposition of the Person Most Knowledgeable for Penta Building Group was taken by the Parties.

6. On April 10, 2018, Alon noticed the deposition of YWS' Person(s) Most Knowledgeable for May 8, 2018, explaining that the date was flexible if it did not work for YWS or its counsel.

7. In April and May of 2018, the Parties discussed dates for depositions of YWS' Person(s) Most Knowledgeable as well as various witnesses listed on Alon's disclosure statements: Andre Dutra, Josh Zint, Frank Gonzales, and Todd Nisbet.

8. On May 14, 2018, YWS served depositions subpoenas for Andre Dutra, Josh Zint, and Frank Gonzales, because Alon no longer has contact with these witnesses. The depositions are currently set for May 30, 2018 and May 31, 2018.

**II.  DISCOVERY REMAINING TO BE COMPLETED**

1. The depositions of the principals and person(s) most knowledgeable of YWS and Alon.

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

3

2. Additional written discovery between the Parties, as needed, including but not limited to, requests for production of documents, requests for admission, and interrogatories.

3. The Parties anticipate obtaining expert and rebuttal experts and producing reports pursuant to FRCP 26(a).

4. Depositions of those expert witnesses.

5. The Parties agree that additional percipient witness depositions will likely need to be taken.

6. Additional written discovery and depositions of non-parties.

### III. REASON WHY DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE LIMITS SET BY THE COURT'S DISCOVERY PLAN AND SCHEDULING ORDER

The Parties have engaged in continued motion practice regarding YWS' lien, including Supplemental Briefing on Alon's Motion to Expunge, Alon's Objections to the Magistrate's Report and Recommendations and Alon's Motion for Certification to the Nevada Supreme Court since the evidentiary hearing on Alon's Motion to Expunge on January 12, 2018.

The current deadline to submit initial expert reports in this matter is May 31, 2018. The Parties agree that the current deadline does not offer enough time to obtain and provide expert witnesses with all necessary information and time to complete their reports.

The Parties also agree that additional time is necessary to complete all the depositions required in this case.

### IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The Parties request a sixty (60) day extension to complete depositions, disclose expert witnesses and produce reports, and potentially complete additional written discovery. Additionally, the parties request that the related deadlines be extended,

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

4

including the dispositive motion deadline. Accordingly, the proposed deadlines are as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-off | July 30, 2018 | September 28, 2018 |
| Deadline to disclose expert witnesses | May 31, 2018 | July 30, 2018 |
| Deadline to disclose rebuttal witnesses | July 2, 2018 | August 31, 2018 |
| Deadline to file dispositive motions | August 29, 2018 | October 28, 2018 |
| Deadline to file joint pre-trial order (if no dispositive motions are pending before the Court | September 28, 2018 | November 27, 2018 |

Dated: May 22, 2018

GREENBERG TRAURIG, LLP

By:_____/s/ Shauna L. Norton_____
Mark G. Tratos, Esq.
Nevada Bar No. 1086
Shauna L. Norton, Esq.
Nevada Bar No. 11320
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Attorneys for Plaintiff YWS Architects, LLC dba YWS Design & Architecture*

Dated: May 22, 2018

MEAD LAW GROUP

By:___/s/ Sarah A. Mead_____
Leon F. Mead II, Esq.
Nevada Bar No. 5719
Sarah A. Mead, Esq.
Nevada Bar No. 13725

Patrick G. Byrne, Esq.
Nevada Bar No. 7376
Michael Paretti, Esq.
Nevada Bar No. 13725
Snell & Wilmer L.L.P.

*Attorneys for Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __May 23__, 2018.

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

5