Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.745-4800
Fax: 702.745.4805

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
eMail: pbyrne@swlaw.com
**Snell & Wilmer L.L.P.**
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 702.784.5252

*Attorneys for Defendant and Counter-claimants*
ALON LAS VEGAS RESORT, LLC and
ALON LEISURE MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Las Vegas Landco, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-01417-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO NRS 108.2275**<br>**(First Request)** |
| Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Leisure | |

1

| | |
|---|---|
| 1 | Management, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | Counter-claimants, |
| 4 | vs. |
| 5 | YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company; Tom Wucherer, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20, |
| 6 | |
| 7 | |
| 8 | Counter-defendants. |

Plaintiff YWS Architects, LLC dba YWS Design & Architecture ("Plaintiff" or "YWS"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC (collectively "Alon Group"), by and through their counsel, Mead Law Group and Snell & Wilmer LLP, for good cause shown, hereby stipulate and agree to extend the time for Alon Group file their Opposition to YWS Architects, LLC's Motion for Attorneys' Fees and Costs by one day, from October 24, 2018 to October 25, 2018, by 5:00 p.m. and to extend the time for YWS to file its Reply by one day, from October 31, 2018 to November 1, 2018 by 5:00 p.m. YWS filed its Motion for Attorneys' Fees and Costs Pursuant to NRS 108.2275 on October 10, 2018 and the Court has not set a hearing for the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

**Mead Law Group**
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

2

This is the first stipulation for an extension of time requested by the parties and is for a very short extension.

| | |
|---|---|
| Dated: October 24, 2018 | Dated: October 24, 2018 |
| GREENBERG TRAURIG, LLP | MEAD LAW GROUP |
| By: /s/ Shauna L. Norton | By: /s/ Sarah M. Thomas |
| Mark G. Tratos, Esq. | Leon F. Mead II, Esq. |
| Nevada Bar No. 1086 | Nevada Bar No. 5719 |
| Shauna L. Norton, Esq. | Sarah Mead Thomas, Esq. |
| Nevada Bar No. 11320 | Nevada Bar No. 13725 |
| 10845 Griffith Peak Dr., Suite 600 | 10161 Park Run Drive, Suite 150 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff YWS Architects, LLC dba YWS Design & Architecture* | Patrick G. Byrne, Esq. Nevada Bar No. 7376 Snell & Wilmer L.L.P. |
| | *Attorneys for Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: October 24, 2018.

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

3