MARK G. TRATOS, ESQ. (NV Bar No. 1086)
DONALD L. PRUNTY, ESQ. (NV BAR NO. 8230)
SHAUNA L. NORTON, ESQ. (NV BAR NO. 11320)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: tratosm@gtlaw.com;
       pruntyd@gtlaw.com;
       nortons@gtlaw.com

ROBERT D. ROURKE, ESQ.
NEVADA BAR NO. 5757
ROURKE LAW FIRM
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: 702-515-7440
Facsimile: 702-515-7441
rourkelaw@embarqmail.com

*Counsel for Plaintiff/Counterdefendant
YWS Architects, LLC and
Counterdefendant Tom Wucherer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>ALON LAS VEGAS RESORT, LLC fka ALON LAS VEGAS LANDCO, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>ALON LAS VEGAS RESORT, LLC, a Delaware limited liability company, ALON LEISURE MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Counter-claimants, | Case No.: 2:17-cv-01417-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO COUNTER-DEFENDANT TOM WUCHERER** |

v.

YWS Architects, LLC, d/b/a YWS Design & Architecture, a Nevada limited liability company; TOM WUCHERER, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,

Counter-defendants.

**IT IS HEREBY STIPULATED** by and between Plaintiff/Counterdefendant YWS Architects, LLC ("YWS" or "Plaintiff"), Counter-defendant Tom Wucherer ("Wucherer"), Defendant/Counter-claimant Alon Las Vegas Resort, LLC fka Alon Las Vegas Landco, LLC ("Alon Resort") and Counter-claimant Alon Leisure Management, LLC ("Alon Leisure") (collectively the "Parties"), by and through their respective counsel of record, that all claims and defenses brought by Alon Resort and Alon Leisure against Wucherer shall be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this 21st day of December, 2018.   DATED this 21st day of December, 2018.

GREENBERG TRAURIG, LLP                    MEAD LAW GROUP

/s/ Mark G. Tratos                        /s/ Sarah M. Thomas
MARK G. TRATOS, ESQ.                      Leon F. Mead II, Esq.
DONALD L. PRUNTY, ESQ.                    Sarah Mead Thomas, Esq.
SHAUNA L. NORTON, ESQ.                    Mead Law Group
10845 Griffith Peak Dr., Suite 600        10161 Park Run Drive, Suite 150
Las Vegas, NV 89135                       Las Vegas, Nevada 89145

ROBERT D. ROURKE, ESQ.                    Patrick G. Byrne, Esq.
ROURKE LAW FIRM                           Snell & Wilmer, LLP
10161 Park Run Drive, Suite 150           3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89145                   Las Vegas, Nevada 89169
*Counsel for YWS Architects, LLP and Tom  *Counsel for Defendant Alon Las Vegas Resort,
Wucherer*                                 LLC fka Alon Las Vegas Landco, LLC and
                                          Counter-claimant Alon Leisure Management,
                                          LLC*

LV 421263344v1

**IT IS SO ORDERED** that Counter-defendant Tom Wucherer shall be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 26, 2018

Respectfully submitted by:

GREENBERG TRAURIG, LLP

_/s/ Mark G. Tratos_

MARK G. TRATOS, ESQ. (NV Bar No. 1086)
DONALD L. PRUNTY, ESQ. (NV BAR NO. 8230)
SHAUNA L. NORTON, ESQ. (NV BAR NO. 11320)
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AS TO COUNTER-DEFENDANT TOM WUCHERER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Leon F. Mead II, Esq.
Sarah A. Mead, Esq.
Mead Law Group
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
leon@meadlawgroup.com
sarah@meadlawgroup.com

Patrick G. Byrne, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
pbyrne@swlaw.com

/s/ Kimberly Frederick
An Employee of Greenberg Traurig, LLP

LV 421263344v1