Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.745-4800
Fax: 702.745.4805

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
eMail: pbyrne@swlaw.com
**Snell & Wilmer L.L.P.**
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: 702.784.5200
Fax: 702.784.5252

*Attorneys for Defendant and Counter-claimants*
ALON LAS VEGAS RESORT, LLC and
ALON LEISURE MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Las Vegas Landco, LLC, a Delaware limited liability company; TISHMAR, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-01417-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| Alon Las Vegas Resort, LLC, a Delaware limited liability company; Alon Leisure Management, LLC, a Delaware limited liability company, | |

1

Counter-claimants,

vs.

YWS Architects, LLC dba YWS Design & Architecture, a Nevada limited liability company; Tom Wucherer, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20,

Counter-defendants.

Plaintiff YWS Architects, LLC dba YWS Design & Architecture ("Plaintiff" or "YWS"), by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC (collectively "Alon Group"), by and through their counsel, Mead Law Group and Snell & Wilmer LLP, hereby stipulate and agree to dismiss all claims against each other in this action with prejudice, as the parties have reached a settlement agreement.

| | |
|---|---|
| Dated: December 28, 2018 | Dated: December 30, 2018 |
| GREENBERG TRAURIG, LLP | MEAD LAW GROUP |
| By: /s/ Shauna Norton<br>Mark G. Tratos, Esq.<br>Nevada Bar No. 1086<br>Shauna L. Norton, Esq.<br>Nevada Bar No. 11320 | By: /s/ Sarah M. Thomas<br>Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>Sarah Mead Thomas, Esq.<br>Nevada Bar No. 13725 |
| *Attorneys for Plaintiff YWS Architects, LLC dba YWS Design & Architecture* | Patrick G. Byrne, Esq.<br>Nevada Bar No. 7376<br>Snell & Wilmer L.L.P.<br><br>*Attorneys for Counterclaimants Alon Las Vegas Resort, LLC and Alon Leisure Management, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 2, 2019

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

2