# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

YWS ARCHITECTS, LLC

                  Plaintiff,

v.

ALON LAS VEGAS RESORT, LLC, et al

                  Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01417-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered that YWS is entitled to attorneys' fees in the amount of $319,435.75 and an award of costs in the amount of $3,090.50.

September 23, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk